UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SHERI ANN LUCAS, | : | NO. 1:13-CV-00483 |
| Plaintiff, | : | |
| vs. | : | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

    This matter is before the Court on the Magistrate Judge's Report and Recommendation, to which there were no objections (doc. 19). The Magistrate Judge reviewed the record and determined that a Sentence Four Remand is appropriate under Section 405(g), for further proceedings (Id.). Specifically, the Magistrate Judge indicated reversal and remand are required for proper assessment of Plaintiff's credibility and residual functional capacity (Id.)

    Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and

Recommendation thorough, well-reasoned, and correct. Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation in all respects (doc. 19), REVERSES the decision of the Commissioner and REMANDS this matter under sentence four of 42 U.S.C. §405(g) for further proceedings.

        SO ORDERED.


DATED: August 14, 2014    <u>s/S. Arthur Spiegel</u>
                                    S. Arthur Spiegel
                                    United States Senior District Judge